July 17, 2017

**VIA ECF**

Honorable A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re: ***Hirsch v. Indo-US Media, Inc. (2:17-cv-2467-LDW-AKT)***

Dear Judge Tomlinson,

     We represent Plaintiff, Steven Hirsch, in the above matter. After further review, the above Defendant, Indo-US Media, Inc. has been dissolved with the New York Secretary of State. Plaintiff has found another entity that is currently active for which he has a claim against which is Opinio Media Inc. Opinio is currently an active entity with the New York Secretary of State. Plaintiff respectfully requests leave to amend the complaint to add Opinio Media Inc. as the Defendant. Indo-US Media, Inc. has yet to respond to the complaint.

The Court's consideration is much appreciated.

                                                              Respectfully Submitted,

                                                              /s/Richard Liebowitz
                                                              Liebowitz Law Firm, PLLC
                                                             11 Sunrise Plaza, Suite 305
                                                             Valley Stream, New York 11580
                                                             Tele: 516-233-1660
                                                             RL@LiebowitzLawFirm.com

                                                             *Attorneys for Steven Hirsch*