UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN HIRSCH,<br><br>                                  Plaintiff,<br><br>- against -<br><br>INDO-US MEDIA, INC.<br><br>                                  Defendant. | Docket No. 2:17-cv-2467-LDW-AKT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that the plaintiff, Steven Hirsch, through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby given notice that the above-captioned action is voluntarily dismissed *without prejudice*. The defendant has neither filed an answer nor a motion for summary judgment.

Dated: July 24, 2017

                                                                 Respectfully submitted,

                                                                 LIEBOWITZ LAW FIRM, PLLC

                                                                 /s/Richard Liebowitz
                                                                Richard P. Liebowitz, Esq.
                                                               11 Sunrise Plaza, Suite 301
                                                               Valley Stream, NY 11580
                                                               Telephone: (516) 233-166
                                                               RL@LiebowitzLawFirm.com

                                                               *Attorney for Plaintiff Steven Hirsch*