| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE:   A. KATHLEEN TOMLINSON          DATE:   <u>7-24-2017</u>
          U.S. MAGISTRATE JUDGE           TIME:   <u>11:00 a.m. (   minutes)</u>

*Hirsch v. Indo-US Media, Inc*
**CV 17-2467 (LDW) (AKT)**

TYPE OF CONFERENCE:     **TELEPHONE STATUS CONFERENCE**

APPEARANCES:   Plaintiff:   Richard Liebowitz
                            Kamanta C. Kettle

   Non Answering Defendants:   (Indo-US Media, Inc.)

FTR:

THE FOLLOWING RULINGS WERE MADE:

1. The Court set this matter down for a Telephone Status Conference for today in order to obtain further details concerning the procedural posture of this case. However, prior to the conference being called, Plaintiff's counsel contacted the Court and advised the Court's law clerk that Plaintiff would be filing a stipulation of dismissal. *See* DE 11 (Notice of Voluntary Dismissal). In light of this development, the Court cancelled the conference.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge