UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEVEN HIRSCH,

                Plaintiff,

- against -

INDO-US MEDIA, INC.

                Defendant.

Docket No. 2:17-cv-2467-LDW-AKT

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 24 2017
LONG ISLAND OFFICE

PLEASE TAKE NOTICE that the plaintiff, Steven Hirsch, through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby given notice that the above-captioned action is voluntarily dismissed *without prejudice*. The defendant has neither filed an answer nor a motion for summary judgment.

Dated: July 24, 2017

                Respectfully submitted,

                LIEBOWITZ LAW FIRM, PLLC

                /s/Richard Liebowitz
                Richard P. Liebowitz, Esq.
                11 Sunrise Plaza, Suite 301
                Valley Stream, NY 11580
                Telephone: (516) 233-166
                RL@LiebowitzLawFirm.com

                *Attorney for Plaintiff Steven Hirsch*

SO ORDERED
s/Leonard D. Wexler, USDJ.
_____
USDJ.
Central Islip, NY
7/24/17